**No. 42154.**—Protests 985153–G, etc., of Cudahy Packing Co. (New York).

Opinion by KEEFE, J. In accordance with stipulation of counsel and on the authority of Abstract 40880 the protests were sustained.

**No. 42155.**—Protests 982893–G, etc., of Otto Roth & Co., Inc., et al. (New York).

Opinion by KEEFE, J. In accordance with stipulation of counsel and on the authority of Abstract 40880 the protests were sustained.

**No. 42156.**—Protests 945803–G, etc., of Renna Bros. & Co., Inc., et al. (New York).

Opinion by KEEFE, J. In accordance with stipulation of counsel and on the authority of Abstract 40880 the protests were sustained.

**No. 42157.**—Protests 930652–G, etc., of Frank Alfano et al. (New York).

Opinion by KEEFE, J. In accordance with stipulation of counsel and on the authority of Abstract 40880 the protests were sustained.

**No. 42158.**—Protests 832890–G, etc., of A. & V. Mercurio et al. (New York).

Opinion by KEEFE, J. In accordance with stipulation of counsel and on the authority of Abstract 40880 the protests were sustained.

**No. 42159.**—Protests 802693-G, etc., of Armour & Co. et al. (New York).

Opinion by KEEFE, J. In accordance with stipulation of counsel and on the authority of Abstract 40880 the protests were sustained.

**No. 42160.**—Protests 799350–G, etc., of Cudahy Packing Co. (New York).

Opinion by KEEFE, J. In accordance with stipulation of counsel and on the authority of Abstract 40880 the protests were sustained.

**No. 42161.**—Protests 794130–G, etc., of Del Gaizo Distributing Corp. (New York).

Opinion by KEEFE, J. In accordance with stipulation of counsel and on the authority of Abstract 40880 the protests were sustained.

**No. 42162.**—Protest 986245–G of Cox & Fahner (New York).

Opinion by KEEFE, J. The protest was overruled.

**No. 42163.**—Protests 970904–G, etc., of M. J. Kniejski et al. (New York).

Opinion by KEEFE, J. The protests were overruled.